1   LAW OFFICES OF CHARLES J. FLIESHMAN
    Charles J. Fleishman, Esq. (SBN 46405)
2   E-mail: erisa@erisarights.com
    Paul A. Fleishman, Esq. (SBN 251657)
3   A Professional Corporation
    19839 Nordhoff Street
4   Northridge, California 91324
    Tel.: (818) 350-6285     Fax: (818) 350-6272
5
    Attorney for Plaintiff Janice Parker
6
    BURKE, WILLIAMS & SORENSEN, LLP
7   Daniel W. Maguire (SBN 120002)         **NOTE CHANGES MADE BY THE COURT**
    E-mail: dmaguire@bwslaw.com
8   Edith Sanchez Shea (SBN 177578)
    E-mail: eshea@bwslaw.com
9   444 South Flower Street, Suite 2400
    Los Angeles, CA 90071-2953
10  Tel: (213) 236-0600    Fax: (213)236-2700

11  Attorneys for Defendant Vulcan Materials Company Long Term
    Disability Plan
12

13

14              **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

16

17  JANICE PARKER,                    Case No. EDCV 07-1512 SGL (OPx)

18         Plaintiff,                 **STIPULATED CONFIDENTIALITY
                                       AGREEMENT AND [PROPOSED]**
19  v.                                **PROTECTIVE ORDER**

20  VULCAN MATERIALS COMPANY
    LONG TERM DISABILITY PLAN, an
21  ERISA plan; VULCAN MATERIALS
    COMPANY, a corporation; DOES 1-
22  10,                               **NOTE CHANGES MADE BY THE COURT**

23         Defendants.

24

25         IT IS HEREBY ORDERED that certain documents, materials or information

26  to be produced by Defendant in discovery (as described in Paragraph 1) shall be

27  subject to the following Order with respect to confidentiality and privacy.

28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1                    - 1 -        CASE NO. EDCV 07-1512 SGL (OPX)
                                                      STIP. CONF. AGREEMENT & [PROPOSED]
                                                      PROTECTIVE ORDER

1.    The information/items governed by this Order are all materials produced in discovery in this matter designated as subject to this protective order. The information made subject to protective order contains the internal business communications, policies, and proprietary procedures of the claim administrator, Hartford Life and Accident Insurance Company ("Hartford"), and/or private information, including financial information, pertaining to third parties. The claims manual to be subject to this protective order represents a compilation of the experience that Hartford has acquired over the years at great time, expense and effort. It contains confidential information that would be valuable to competitors. The general dissemination of these materials and disclosures of Hartford's internal business communications, policies, and proprietary procedures to competitors and to the general public would work to Hartford's commercial and competitive disadvantage.

2.    The documents, materials or information identified in Paragraph 1 of this Order contain or constitute confidential, private, proprietary and/or trade secret information, and shall be subject to the terms of this Order. Said documents, materials or information, including all information contained therein, and all copies, descriptions, summaries, notes, abstracts or portions of pleadings or transcripts which contain or are derived from such information, hereinafter shall be referred to as "the Information."

3.    The Information shall be used solely for the purpose of this action. No part of the Information shall be disclosed to any person or otherwise made public except pursuant to this Order.

/ / /

/ / /

/ / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1

- 2 -

CASE NO. EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

4.     The Information may be disclosed only to the persons described in the following sentence, only to the extent that such person is performing work in connection with this action, and only to the extent necessary to perform that work. Such persons are: (a) Plaintiff Janice Parker; (b) Defendant Vulcan Materials Company Long Term Disability Plan; (c) Claim Administrator Hartford (individually a "Party" or collectively "the Parties" to this action); (d) counsel of record for the Parties; (e) any person regularly employed by such counsel, including legal assistants, secretaries, law clerks, investigators, associates and contract attorneys; (f) actual or prospective experts and consultants retained or consulted by a Party or a Party's counsel in the course of this action; (g) any potential deposition and trial witnesses, to the extent counsel deems it necessary for and relevant to the testimony of such witnesses; and (h) this Court and its staff.  These persons shall not disclose, discuss or reveal the Information, its contents or existence, or the documents containing the Information to any other person or entity not specifically identified in this Paragraph.  Upon demand, Plaintiff's counsel and these persons will return the Information and all copies of documents relating thereto to Defendant's attorneys at the conclusion of this action.

5.     No copies, summaries, digests, notes or descriptions of the Information shall be provided by a Party or its counsel for distribution to persons other than those described in Paragraph 5.

6.     Persons to whom access to the Information is given pursuant to this Order shall keep such material and any copies, extracts, summaries, notes or descriptions thereof secure in accordance with the purposes and intent of this Order and shall adopt and employ all suitable precautions to ensure continued confidentiality, non-use and non-disclosure.  No disclosure shall be made to any person pursuant to Paragraph 5(c), 4(d) or 4(e) until such person has executed their

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1

- 3 -

CASE NO.  EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

1   written Understanding and Agreement to be bound by this Order in the form

2   attached hereto as Exhibit 1.

3

4       7.      Upon request of any Party, the original transcript and any and all

5   copies of any deposition containing (a) documents pertaining to the Information as

6   exhibits, or (b) testimony relating to the Information, shall be marked on its cover

7   "CONTAINS CONFIDENTIAL INFORMATION. DO NOT DISCLOSE

8   EXCEPT BY COURT ORDER." Disclosure of any copy of such deposition

9   transcript or any document attached as a deposition exhibit shall be restricted to the

10  deponent, his or her counsel of record, and persons designated in Paragraph 5.

11

12      8.      The Parties may disclose the Information to the Court in connection

13  with motions filed in this case or at trial in this case. The Information will be

14  provided to the Court in a sealed envelope and will be marked "Confidential:

15  Subject to Protective Order." The Court will decide whether to seal the Information

16  and all references to the information in any other documents, or in any reporter's

17  transcript at the conclusion of the litigation. *Any requests for*

18  *under seal filing shall comply with Local Rule 79-5.*

19      9.      Production of the documents or disclosure of the Information protected

20  by this Order shall not constitute a waiver of any confidentiality, privacy right or

21  privilege. Moreover, Defendants retain the right to assert all substantive objections

22  to the Information and/or documents containing the Information, including but not

23  limited to relevancy, hearsay, privacy and privilege.

24  ///

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1

- 4 -

CASE NO. EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

1       10.   Any part of the Information may be removed from the scope of this
2   Order by agreement of the Parties or by Court order.
3
4       11.   Should any Party violate the terms of this Order, and should legal
5   action be necessary as a result of any violation or threatened violation of this Order,
6   the prevailing Party shall recover any damages allowed under the law.
7
8       12.   Notwithstanding anything to the contrary contained herein, any Party
9   may move for a modification of this Order at any time that the interests of justice
10  appear to so require.  Further, nothing in this Order shall be construed as affecting
11  the Parties' obligations with respect to the Information as required by law.
12
13      13.   This Order shall be binding on any and all Parties.
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1

- 5 -

CASE NO.  EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

## STIPULATION

1
2
3        The parties hereto, through their respective counsel, stipulate to entry of the

4    foregoing protective order.

5
6    DATED:  February 13 2009          LAW OFFICES OF CHARLES J.
7                                      FLEISHMAN
                                       CHARLES J. FLEISHMAN
8                                      PAUL A. FLEISHMAN

9                                      By: _____
10                                          PAUL A. FLEISMAN
11                                      Attorneys for Plaintiff Janice Parker

12
     DATED:  February 23, 2009         BURKE, WILLIAMS & SORENSEN, LLP
13                                      DANIEL W. MAGUIRE
                                        EDITH S. SHEA
14
15                                      By: _____
16                                          EDITH S. SHEA
                                       Attorneys for Vulcan Materials Company Long
17                                     Term Disability Plan
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1                - 6 -

CASE NO.  EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

1

## ORDER

2

3    IT IS SO ORDERED.

4

5    Dated:  _2/24/09_                          _____

6                                              Magistrate Judge, United States District
                                              Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES          LA #4824-5357-9779 v1          - 7 -          CASE NO.  EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER

## EXHIBIT 1

## UNDERSTANDING AND AGREEMENT PURSUANT

## TO PROTECTIVE ORDER

I hereby state that I have read a copy of the Stipulated Protective Order in <u>Janice Parker v. Vulcan Materials Company Long Term Disability Plan</u>, Case No. EDCV 07-1512 SGL (OPx), pending in the United States District Court of the Central District of California.  I understand and agree to be bound by its terms.

Dated: _____       _____
                         SIGNATURE

                         _____
                         PRINTED NAME

                         _____

                         _____
                         ADDRESS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5357-9779 v1

- 8 -

CASE NO.  EDCV 07-1512 SGL (OPX)
STIP. CONF. AGREEMENT & [PROPOSED]
PROTECTIVE ORDER