JS-6

BURKE, WILLIAMS & SORENSEN, LLP
Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600    Fax: (213)236-2700

Attorneys for Defendant Vulcan Materials Company Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JANICE PARKER, | Case No. EDCV 07-1512 SGL (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VULCAN MATERIALS COMPANY LONG TERM DISABILITY PLAN, an ERISA plan; VULCAN MATERIALS COMPANY, a corporation; DOES 1-10, | |
| Defendants. | |

Following a bench trial and a review of all of the facts, arguments and issues raised by the parties in the documents submitted to this Court, including the administrative record in this ERISA action, and in the parties' oral arguments, the Court finds that the decision on Plaintiff's claim for benefits did not constitute an abuse of discretion and that Plaintiff Janice Parker is not entitled to the benefits sought under the ERISA plan.

Defendant Vulcan Materials Company was voluntarily dismissed from this action on October 20, 2008.

LA #4819-4629-4020 v1       - 1 -       CASE NO. EDCV 07-1512 SGL (OPX)
(PROPOSED) JUDGMENT

1  Accordingly, judgment is hereby entered in favor of Defendant Vulcan
2  Materials Company Long Term Disability Plan.

4  DATED:  _October 20, 2009_____

          _____
          Hon. Stephen G. Larson
          United States District Judge