**THE FLEISHMAN FIRM**
CHARLES J. FLEISHMAN (SBN 46405)
PAUL A. FLEISHMAN (SBN 251657)
A Professional Corporation
5850 Canoga Ave. 4th Floor
Woodland Hills, California 91367
erisa@erisarights.com
Telephone:  (818) 710-2724
FAX: (818) 710-2728
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PARKER | NO. EDCV 07-1512 ABC (OPx) |
| Plaintiff, | [~~Proposed~~] JUDGMENT |
| vs. | |
| VULCAN MATERIALS COMPANY LONG TERM DISABILITY PLAN, an ERISA plan; VULCAN MATERIALS COMPANY, a corporation; DOES 1-10 | |
| Defendants | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Janice Parker and against Defendants Vulcan Materials Company Long Term Disability Plan (hereinafter the Plan) and Vulcan Materials Company.  The court hereby reverses The Hartford's decision to terminate Plaintiff's benefits.  Defendants are ordered to 1) pay Plaintiff the long

term disability (LTD) benefits owed to her from the date her LTD benefits were terminated to the present plus prejudgment interest, 2) pay Plaintiff the costs relating to this action, 3) reinstate Plaintiff in the LTD benefit Plan and pay future benefits for so long as Plaintiff remains disabled under the Plan, and 4) reinstate for Plaintiff any other benefits provided to Plan participants while they are disabled under the plan and any other applicable welfare or pension benefit plans covering Plaintiff retroactive to the date Plaintiff's LTD benefits were terminated.

This court will retain jurisdiction to review Defendants' past due benefit calculations should such review be necessary.  Plaintiff has two weeks to file a motion for attorney fees and prejudgment interest from entry of notice of judgment.

DATED:  Jan. 3, 2012
**IT IS SO ORDERED.**

_____
Honorable Audrey B. Collins
U.S. District Court Judge

Prepared by:
 /s/Paul Fleishman
PAUL FLEISHMAN
DATED:  December 22, 2011