**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PARKER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VULCAN MATERIALS COMPANY ) <br> LONG TERM DISABILITY PLAN, an ) <br> ERISA plan; VULCAN MATERIALS ) <br> COMPANY, a corporation; DOES 1 ) <br> through 10, inclusive ) <br> ) <br> Defendants. ) <br> ) | NO. ED CV 07-1512 ABC (OPx) <br><br> (~~Proposed~~) ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE |

Pursuant to the parties' joint stipulation to dismiss the case, the case is hereby dismissed with prejudice.

Dated: June 19, 2012

_____
Honorable Audrey B. Collins
California Central District Court Judge

1